IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BARBARA RAMSEY,** *et al.*                                                                **PLAINTIFFS**

VS.                        **4:13-CV-00626-BRW**

**DESOTO GATHERING COMPANY, LLC,** *et al.*                      **DEFENDANTS**

## ORDER

Plaintiffs' Unopposed Motion to Amend Complaint (Doc. No. 25) is GRANTED.

Accordingly, the Motion to Extend Time to File Response to Third-Party Complaint (Doc. No. 24) filed by Vanguard Permian, LLC, and Defendants' Motion to Dismiss (Doc. No. 8) are DENIED as MOOT.

Plaintiffs must file their Amended Complaint -- attached to their Motion as Exhibit 1 -- by 5:00 p.m. Friday, December 20, 2013.

IT IS SO ORDERED this 13th day of December, 2013.

                                                  /s/Billy Roy Wilson
                                     UNITED STATES DISTRICT JUDGE