**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**WILLIAM E. SMITH,** *et al.*                                                                              **PLAINTIFFS**

**VS.**                                        **4:13-CV-00626-BRW**

**DESOTO GATHERING COMPANY, LLC,** *et al.*                                          **DEFENDANTS**

<u>**ORDER**</u>

Defendants removed this action, asserting federal jurisdiction under the Class Action Fairness Act.[1]  The class-action portions of this case were severed in an order entered earlier today.[2]  Plaintiffs are all Arkansas residents, and Defendants are all Arkansas citizens for jurisdictional purposes (or were when the case was removed).[3]  Accordingly, federal jurisdiction no longer exists over this case and the Clerk of the Court is directed to forthwith REMAND this case to the Circuit Court of Faulkner County, Arkansas.

IT IS SO ORDERED this 12th day of February, 2015.

    /s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1.

[2] Doc. No. 111.

[3] Doc. Nos. 1, 5.